IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THEODORE SMITH,

    Plaintiff,

    v.

DR. LAVENE, DR. MARIA GAMBARO,
DR. WHITE, LT. ANDERSON,
LT. BUSSIE, BROCKMAN, TOBY,
ROEKER, SWENSON, NEWSTADER,
SGT DOYLE, TESLIK, OFFICER KNAPP,
NURSE TRISHA ANDERSON,
AND CAPT. PITPHITZEN,

    Defendants.

Case No. 17-cv-70-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/ _____       7/16/2020
Peter Oppeneer, Clerk of Court      Date